UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Case No. 1:21-cv-12247-RMB-SAK |
| | : |
| KELLER DEVELOPMENT, LLC, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff, DENNIS MAURER, and with consent of Defendant, to inform the Court that the parties have settled, in principal, the above-captioned matter. Counsel for the parties expect to file a stipulated dismissal within the next sixty days.

Dated: September 15, 2021

                                             Respectfully submitted,

                                             */s/ Jon G. Shadinger Jr.*
                                             Jon G. Shadinger Jr., Esq.
                                             Shadinger Law, LLC
                                             717 E. Elmer St., Ste 7
                                             Vineland, NJ 08360
                                             Tel (609) 319-5399
                                             Fax (314) 898-4053
                                             js@shadingerlaw.com
                                             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of September, 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.