UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DENNIS MAURER, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Case No. 1:21-cv-12247-RMB-SAK |
| | : |
| KELLER DEVELOPMENT, LLC, | : |
| | : |
|     Defendant. | : |
| _____ | : |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

      IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DENNIS MAURER, and the Defendant, KELLER DEVELOPMENT, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Peter T. Shapiro |
| Jon G. Shadinger Jr., Esq. | Peter T. Shapiro, Esq. |
| Shadinger Law, LLC | Lewis Brisbois Bisgaard & Smith LLP |
| 717 E. Elmer Street, Suite 7 | 77 Water Street, Suite 2100 |
| Vineland, NJ 08360 | New York, NY 10005 |
| Phone (609) 319-5399 | Phone (212) 232-1322 |
| Fax (314) 898-0423 | Fax (212) 232-1399 |
| js@shadingerlaw.com | peter.shapiro@lewisbribois.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

Dated: 11/13/2021

11